AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SAMI OSMAKAC

**WARRANT FOR ARREST**

CASE NUMBER: 8:12-MJ- *1008 MAP*

**To: The United States Marshal**
**and any Authorized United States Officer**

     YOU ARE HEREBY COMMANDED to arrest SAMI OSMAKAC and bring him forthwith to the nearest

magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with Attempted Use of a Weapon of Mass Destruction Against Persons and Property in

the U.S.

In violation of Title 18, United States Code, Section(s) 2332a(a)(2)(A), (a)(2)(B), and (a)(2)(D).

MARK A. PIZZO
Name & Title of Judicial Officer

*[signature]*
Signature of Issuing Officer


(By) Deputy Clerk

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

January , 2012, at *Tampa* ,Florida
Date and Location

Bail fixed at $ _____      by  _____
                                               Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Tampa, Florida_

| DATE RECEIVED 01/08/2012 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/09/2012 | SPECIAL AGENT STEVE DIXON | *[signature]* |