**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 8:12-CR-45-T-35AEP**

**SAMI OSMAKAC**

_____/

**ORDER**

This cause comes before the undersigned upon referral from United States District Judge Mary S. Scriven following the Defendant's filing of a motion to continue trial (Dkt. No. 170) and the statement of Dr. McClain detailing her observations of Defendant's mental status. Based upon information contained in the motion to continue and the details contained in Dr. McClain's report, the Defendant's attorney has raised questions regarding the Defendant's mental status and competency to proceed with trial. Accordingly, based upon the information provided by the Defendant's attorney and Dr. McClain, there is reasonable cause to believe that the Defendant may be presently suffering from a mental disease or defect rendering him incompetent to proceed in this matter. As such, pursuant to 18 U.S.C. §§ 4241 and 4247, it is **ORDERED**:

1. Dr. Debra Goldsmith, Ph.D., 11309 Thonotosassa Road, Thonotosassa, Florida 33592, is appointed to conduct a psychiatric examination of the Defendant. The examination is to occur at the Defendant's place of incarceration.

2. Dr. Goldsmith is appointed to conduct an examination of the Defendant in order to determine his present competency to answer to the charges and to assist in the defense of this case, which shall include the Defendant's ability to understand the nature and

consequences of the proceedings against him.  In making this determination, Dr. Goldsmith shall include in her report the following items:

> (a)  the Defendant's history and present symptoms;

> (b)  a description of the psychiatric, psychological, and medical tests that were employed and their results;

> (c)  the examiner's findings;

> (d)  the examiner's opinions as to diagnosis and prognosis; and

> (e) the examiner's opinion as to whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3.     With regard to item (e), Dr. Goldsmith shall answer the following additional questions:

> (a)  Does the Defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding and to assist in the defense of his case?

> (b)  Does the Defendant have a rational, as well as factual, understanding of the proceedings against him?

4.     Counsel shall furnish to Dr. Goldsmith any information pertinent to these issues, including a copy of the indictment and any pertinent medical reports.

5.     Upon completion of this examination, Dr. Goldsmith shall prepare a written report which includes the answers to the above questions, and no later than **October 16, 2013**, furnish it to Magistrate Judge Anthony E. Porcelli,  801 North Florida Avenue, Suite 1034, Tampa, Florida, 33602, with copies to Attorney George E. Tragos, 601 Cleveland

Street, Suite 800, Clearwater, Florida, 33755, and to Assistant United States Attorney Sara C. Sweeney, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602.

6.     The United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602, shall be billed directly for all services rendered in accordance with this Order.

7.     A hearing pursuant to 18 U.S.C. § 4241 will be scheduled by separate notice for Thursday, October 17, 2013, at 10:00 a.m.

**DONE and ORDERED** in Tampa, Florida, this 4th day of October, 2013.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge


cc:     Counsel of Record
        Dr. Debra Goldsmith, Ph.D.