**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                        **Case No: 8:12-CR-45-T-35AEP**

**SAMI OSMAKAC**

_____/

**ORDER**

This cause comes before the Court on the Defendant's Motion for Reconsideration and Objection to the Court's Order of the 4th of October, 2013 (Dkt. No. 176), which was granted by a separate order of the Court. (*See* Dkt. No. 190.) By the Motion, the Defendant requested that in place of Dr. Debra Goldsmith, the Court appoint a psychiatrist to conduct the Court ordered examination pursuant to 18 U.S.C. §§4241 and 4247. The Defendant makes a number of arguments in support of the motion regarding Dr. Goldsmith's qualifications and bias, which the Court finds are unfounded and without merit. However, in light of Dr. McLain's notes filed under seal on October 4, 2013, and because the Defendant's alleged impairment is due to medications he is taking, the Court finds that the Defendant's request to have a psychiatrist conduct the examination is appropriate. Accordingly, it is hereby **ORDERED** that Dr. Debra Goldsmith is relieved of her appointment to examine the Defendant, and pursuant to 18 U.S.C. §§4241 and 4247:

1. Dr. Donald R. Taylor, Jr.,15310 Amberly Drive, Suite 250, Tampa, Fl 33647 (813) 514-2892, is appointed to conduct a psychiatric examination of the Defendant. The examination is to occur at the Defendant's place of incarceration;

2. Dr. Taylor is appointed to conduct an examination of the Defendant in order to determine his present competency to answer to the charges and to assist in the defense of this case, which shall include the Defendant's ability to understand the nature and consequences of the proceedings against him. In making this determination, Dr. Taylor shall include in his report the following items:

(a) the person's history and present symptoms;

(b) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(c) the examiner's findings;

(d) the examiner's opinions as to diagnosis and prognosis; and

(e) the examiner's opinion as to whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3. With regard to item (e), Dr. Taylor shall answer the following additional questions:

(a) Does the defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding and to assist in the defense of his case?

(b) Does the defendant have a rational, as well as factual, understanding of the proceedings against him?

5. Counsel shall furnish to Dr. Taylor any information pertinent to these issues, including a copy of the indictment and any pertinent medical reports.

6. Upon completion of this examination, Dr. Taylor shall prepare a written report which includes the answers to the above questions, and no later than **October 16, 2013**, furnish it to Magistrate Judge Anthony E. Porcelli, 801 N. Florida Avenue, Suite 1034, Tampa, Florida 33602, with copies to Attorney George E. Tragos, 601 Cleveland

Street, Suite 800, Clearwater, Florida 33755, and to Assistant United States Attorney Sara

C. Sweeney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

7.      The United States Attorney's Office, 400 North Tampa Street, Suite 3200,

Tampa, Florida, 33602, shall be billed directly for all services rendered in accordance with

this Order.

8.      A hearing pursuant to 18 U.S.C. § 4241 will be scheduled by separate notice

for Thursday, October 17, 2013.

**DONE and ORDERED** in Tampa, Florida, this 8th day of October, 2013.


ANTHONY E. PORCELLI
United States Magistrate Judge


cc:      Counsel of Record
          Dr. Donald R. Taylor, Jr., Md.
          Dr. Debra Goldsmith, Ph.D.