**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                          **Case No: 8:12-CR-45-T-35AEP**

**SAMI OSMAKAC**

                                                                /

**O R D E R**

On October 8, 2013, I ordered the Defendant to be examined pursuant to 18 U.S.C. § 4241 to determine the Defendant's mental competency ( Dkt. No. 191).  Pursuant to the provisions under 18 U.S.C. § 4241(b) and 4247(b) and (c),   Dr. Donald R. Taylor, Jr., conducted an evaluation of the Defendant and issued a report on October 10, 2013.  On November 13, 2013, the Court conducted a hearing on the matter, during which Dr. Taylor was the only witness to testify.  Dr. Taylor opined in no uncertain terms that Defendant was competent to proceed in this matter.  Although Defendant offered no evidence to contradict Dr. Taylor's opinion, Defendant did argue that the Court should find Defendant incompetent to proceed because Dr. Taylor also implied that it was possible that Defendant could become incompetent if he had an adverse reaction to his psychiatric medication.  Defendant's argument that Defendant could become incompetent in the future based upon an adverse reaction to his medication is without foundation and is entirely speculative.  Rather, the Court accepts Dr. Taylor's opinion that Defendant is competent to proceed as stated during his November 13th testimony, and stated in his October 10th Forensic Psychiatric Evaluation.  Notably, during the pendency of this matter, Defendant has been evaluated multiple times by a variety of psychologists and psychiatrists, and none have determined

Defendant to be incompetent to proceed. *See, e.g.* (Dkt. No. 91)(finding Defendant competent to proceed based upon Dr. Debra Goldsmith's opinion).

Accordingly, it is **ORDERED** that the Court finds by a preponderance of the evidence that the Defendant is presently competent in that he can understand the nature and consequences of the proceedings against him and assist properly in his defense.

IT IS SO ORDERED at Tampa, Florida, on November 22, 2013.


ANTHONY E. PORCELLI
United States Magistrate Judge


cc:     Counsel of Record
        Dr. Donald R. Taylor, Jr., M.D.