UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 8:12-cr-45-T-35AEP

SAMI OSMAKAC,

### BILL OF PARTICULARS
(Forfeiture)

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled criminal case:

    a.    $500.00 in U.S. currency as down payment on $2,500.00 toward the purchase of firearms, explosives, and a car bomb.

    b.    a fully automatic AK-47, Serial No. 1978 IL 3611, and ammunition; and

c.   a .45 caliber Colt pistol, Serial No. SF12925E, and ammunition.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
(813) 274-6000 - telephone
(813) 274-6220 - facsimile
E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to the following:

Sara C. Sweeney
Assistant United States Attorney

Alec Fitzgerald Hall, AFPD

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney

2