**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES AMERICA,**

v.                                          **Case No.: 8:12-cr-45-T-35-AEP**

**SAMI OSMAKAC**

_____/

## SEALED ORDER

**THIS CAUSE** comes before the Court for consideration of the Government's Motion *in Limine* Regarding Evidence Obtained Pursuant to the Foreign Intelligence Surveillance Act. (Dkt. 187) The Government seeks to preclude Defendant from eliciting evidence in front of the jury regarding the Government's authority for collection of certain evidence at issue in this case, specifically, the authority exercised pursuant to the Foreign Intelligence Surveillance Act ("FISA"). Further, the Government seeks to preclude Defendant from mentioning the Government's use of FISA at all during the course of the trial.

The Government contends that the source of the Government's authority to collect certain evidence that it intends to introduce in this case is irrelevant. Moreover, the Government contends that inquiries about the Government's authority would confuse the jury, could unfairly inflame the jury against the Government, and would invade the province of the Court to determine the admissibility of evidence.

Upon consideration of the foregoing, relevant filings, case law, and being otherwise fully advised, it is hereby **ORDERED** that the Government's Motion *in Limine* Regarding Evidence Obtained Pursuant to the Foreign Intelligence Surveillance Act (Dkt. 187) is

2

**GRANTED.** Defendant is precluded from eliciting testimony in front of the jury regarding the Government's authority for collection of certain evidence as conferred by FISA.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of February 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties