**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES AMERICA,**

     **v.**                                          **Case No.: 8:12-cr-45-T-35-AEP**

**SAMI OSMAKAC**
_____/

**ORDER**

**THIS CAUSE** comes before the Court for consideration of the Defendant's Motion to Compel Prior UCE ("Under Cover Employee") Testimony (Dkt. 177); Defendant's Motion *in Limine* to Preclude the Government from Eliciting Evidence Under Federal Rule of Evidence 404(b) (Dkt. 178), and the Government's Response in Opposition thereto (Dkt. 224).   Upon consideration of the foregoing, relevant filings, case law, and being otherwise fully advised, and for the reasons set forth at the hearing on February 21, 2014, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Compel Prior UCE Testimony (Dkt. 177) is **DENIED**. The Court has reviewed the prior testimony *in camera* and finds that is not relevant to any matters in dispute here.  Moreover, the risk to national security and the safety of the UCE vastly outweigh any marginal relevance the prior testimony may have.

2. Defendant's Motion *in Limine* to Preclude the Government from Eliciting Evidence Under Federal Rule of Evidence 404(b) (Dkt. 178) in **DENIED in part and RESERVED in part**.  As stated at the hearing, the Government will be allowed to introduce the entirety of the phone calls from December 15, 2010

and January 18, 2011. The portion of the January 19, 2011 call starting at the bottom of page 6 of the transcript, beginning "Yep. Yeah. You read the thing." through the remainder of the transcript, may also be introduced, as may any other portions of the 01/19/2011 transcript which the Defendant seeks to introduce. It is unclear at this preliminary point what relevance, if any, the April 16, 2011 video will have, thus the Court reserves ruling on that matter at this time.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of February 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties

2