UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:12-cr-45-T-35EAJ

SAMI OSMAKAC

## SPECIAL VERDICT FOR FORFEITURE

We, the Jury, having found defendant Sami Osmakac guilty of Count One

and/or Count Two of the Indictment, hereby find as follows:

A.     We, the Jury, find by a preponderance of the evidence that
       the assets described below:  1) were acquired and maintained
       with the intent and for the purpose of supporting, planning,
       conducting, and concealing the domestic terrorism offense
       charged in Count One of the Indictment; and/or 2) that the
       assets were involved in or used and intended to be used to
       commit the domestic terrorism offense charged in Count One
       of the Indictment.

       (1)     $500.00 in U.S. currency as down payment on $2,500.00
               toward the purchase of firearms, explosives, and a car
               bomb;

               _____ Yes          _____ No

       (2)     One fully automatic AK-47, Serial No. 1978IL 3611;

               _____ Yes          _____ No

       (3)     One drum magazine containing various rounds of
               ammunition;

               _____ Yes          _____ No

       (4)     Various rounds of ammunition;

               _____ Yes          _____ No

(5)    One .45 caliber Colt pistol, Serial No. SF12925E, and
        ammunition;

_____ Yes        _____ No

(6)    One magazine for the Colt pistol and various rounds
        of .45 caliber ammunition;

_____ Yes        _____ No

(7)    One black duffle bag;

_____ Yes        _____ No

(8)    Two (2) firearm component magazines;

_____ Yes        _____ No

(9)    One magazine pouch with three firearm
        component magazines;

_____ Yes        _____ No

(10)   One green ammunition can;

_____ Yes        _____ No

(11)   One brown bag with 6 items made of PVC pipe and
        other materials designed to resemble grenades;

_____ Yes        _____ No

(12)   One item designed to resemble an explosive vest,
        including eight items made of PVC pipe and other
        materials designed to resemble explosives;

_____ Yes        _____ No

(13)   One maroon bag;

_____ Yes        _____ No

(14)    Batteries and a plastic container;

_____ Yes          _____ No

(15)    One knife;

_____ Yes          _____ No

(16)    One Metro PCS cellular phone, serial number
YSA9MA10A2130369;

_____ Yes          _____ No

(17)    One item designed to resemble a detonating device
made of an orange case containing a Nokia cellular
phone, timer, electronic blasting cap, and two
9 Volt batteries;

_____ Yes          _____ No

(18)    One item designed to resemble a vehicle born
explosive device made of 2 orange buckets, which
contain detonation cords, cast boosters, urea,
diesel fuel, and other materials, as well a wooden
carrier used to carry the device;

_____ Yes          _____ No

(19)    Sony Bloggie Mobile HD Snap Camera, Model
MHS-TS10, serial number 1625707;

_____ Yes          _____ No

(20)    One Samsung cellular phone, MEID #
268435460709240842;

_____ Yes          _____ No

(21)    One Philips Go Gear Vibe 8GB MP3 Player (no
model number or serial number); and

_____ Yes          _____ No

3

> (22)   1994 Honda Accord, Vehicle Identification Number 1HGCD5639RA177526, registered to Asllan Osmakac.

_____ Yes          _____ No

B.    AK-47, serial number 1978 IL 93611.

We, the Jury, find by a preponderance of the evidence that the firearm described above was involved in the offense of receiving and possessing an unregistered firearm, as charged in Count Two of the Indictment.

_____ Yes          _____ No

SO SAY WE ALL:

_____          _____
FOREPERSON                         DATE