UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,   __
        Government  X

v.                             Case No.  8:12-CR-45-T-35AEP

SAMI OSMAKAC              ____  Evidentiary
                          X   Trial
                         ____  Other

        Defendant    ___

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 1 | | | | Inert Vehicle-Borne Improvised Explosive Device |
| 1A | | | | Plastic bucket filed with inert materials |
| 1B | | | | Plastic bucket filed with inert materials |
| 1C | | | | Wooden carrier for VBIED |
| 1D | | | | Plastic case containing cellular phone and timer |
| 1E | | | | Electronic wires and inert blasting cap |
| 1F | | | | Two batteries |
| | | | | |
| 2 | | | | Fully automatic AK-47, serial number 1978 IL 3611 |
| 3 | | | | Ammunition box containing one drum magazine loaded with 74 rounds of 7.62 x 39 ammunition and 6 boxes containing 120 rounds of 7.62 x 39 ammunition, and 6 loose rounds of 7.62 x 39 ammunition |

U.S. v. SAMI OSMAKAC                                                    8:12-CR-45-T-35AEP

| | | | | EXHIBIT LIST | |
|---|---|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 4 | | | | Canvas pouch containing three unloaded magazines for an AK-47 |
| 5 | | | | Two unloaded magazines for an AK-47 |
| | | | | |
| 6A | | | | Colt .45 caliber pistol, serial number SF12925E |
| 6B | | | | Unloaded magazine for a .45 caliber pistol |
| 6C | | | | Ten .45 caliber bullets |
| | | | | |
| 7A | | | | Inert explosive belt |
| 7B | | | | Six inert grenades in brown bag |
| | | | | |
| 8 | | | | Black duffle bag |
| 9 | | | | Maroon duffle bag |
| | | | | |
| 10 | | | | Sony Bloggie digital camera |
| | | | | |
| 11 | | | | Black flag |
| 12 | | | | Handwritten note, undated |
| 13 | | | | Rental van key |

U.S. v. SAMI OSMAKAC                                              8:12-CR-45-T-35AEP

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 14 | | | | Handwritten note, undated |
| 15 | | | | $500 in cash |
| | | | | |
| | | | | |
| 16A | | | | Samsung cellular phone with phone number 813-505-3350 |
| 16B | | | | Data from Samsung cellular phone with phone number 813-505-3350 showing incoming call on December 19, 2011, from 727-641-1865 |
| 16C | | | | Subscriber and Call Records for 727-641-1865 |
| | | | | |
| 17A | | | | MetroPCS cellular phone with phone number 813-401-5255 |
| 17B | | | | Data from MetroPCS cellular phone with phone number 813-401-5255 showing text messages sent to and received from 813-410-3634 |
| | | | | |
| 18A | | | | Samsung cellular phone with phone number 813-410-3634 |
| 18B | | | | Data from Samsung cellular phone with phone number 813-410-3634 showing contacts |
| 18C | | | | Data from Samsung cellular phone with phone number 813-410-3634 showing the auto erase inbox option |
| | | | | |

U.S. v. SAMI OSMAKAC                                                    8:12-CR-45-T-35AEP

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 19A | | | | MetroPCS cellular phone with phone number 727-906-1874 |
| 19B | | | | Subscriber records for 727-906-1874 |
| 19C | | | | Data from MetroPCS cellular phone with phone number 727-906-1874 showing the contacts |
| | | | | |
| | | | | |
| 20 | | | | Hard drive of computer seized from the residence of Sami Osmakac |
| | | | | |
| | | | | |
| 21 | | | | Map of relevant locations in Tampa Bay area |
| | | | | |
| 22 | | | | Stipulation of the Parties dated October 7, 2013 |
| | | | | |
| 23A | | | | Judgment in a Criminal Case, United States v. Omar Ahmad Ali Abdel Rahman, case no. S5 93 Cr. 191 (MBM) (12), dated January 17, 1996 |
| 23B | | | | Judgment in a Criminal Case, United States v. Aafia Siddiqui, case no. 08-CR-926, dated September 23, 2010 |
| | | | | |
| | | | | |
| 50A | | | | Picture of hotel room, January 7, 2012 |

U.S. v. SAMI OSMAKAC                                                      8:12-CR-45-T-35AEP

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 50B | | | | Picture of hotel room, January 7, 2012 |
| 50C | | | | Picture of hotel room, January 7, 2012 |
| | | | | |
| 51 | | | | Picture of rental van, January 7, 2012 |
| | | | | |
| 52 | | | | Picture of contents of Sami Osmakac's pockets, January 7, 2012 |
| 53A | | | | Picture of cell phone, January 7, 2012 |
| 53B | | | | Picture of note, January 7, 2012 |
| | | | | |
| 54A | | | | Picture of vehicle with FL license plate A74 7YF, January 9, 2012 |
| 54B | | | | Picture of cellular phone in car, January 9, 2012 |
| 54C | | | | Picture of Colt. 45 pistol in car, January 9, 2012 |
| 54D | | | | Picture of inert VBIED in car, January 9, 2012 |
| 54E | | | | Picture (close up) of plastic case in car, January 9, 2012 |
| 54F | | | | Picture of interior of plastic case |
| 54G | | | | Picture of flags in car, January 7, 2012 |
| 54H | | | | Picture of black flag from car, January 7, 2012 |
| | | | | |

U.S. v. SAMI OSMAKAC                                                      8:12-CR-45-T-35AEP

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | **EXHIBIT LIST** |
| | | | | |
| 60 | | | | Subscriber records for 727-520-4835 |
| | | | | |
| | | | | |
| 101A | | | | Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101B | | | | Transcript of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.1A | | | | Clip 1 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.1B | | | | Transcript of Clip 1 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.2A | | | | Clip 2 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.2B | | | | Transcript of Clip 2 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.3A | | | | Clip 3 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.3B | | | | Transcript of Clip 3 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.4A | | | | Clip 4 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.4B | | | | Transcript of Clip 4 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.5A | | | | Clip 5 of Recording from 11/30/11 between Sami Osmakac and the CHS |

U.S. v. SAMI OSMAKAC                                           8:12-CR-45-T-35AEP

| | | | | EXHIBIT LIST |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 101.5B | | | | Transcript of Clip 5 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.6A | | | | Clip 6 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.6B | | | | Transcript of Clip 6 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.7A | | | | Clip 7 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.7B | | | | Transcript of Clip 7 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.8A | | | | Clip 8 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| 101.8B | | | | Transcript of Clip 8 of Recording from 11/30/11 between Sami Osmakac and the CHS |
| | | | | |
| 102A | | | | Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102B | | | | Transcript of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102.1A | | | | Clip 1 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102.1B | | | | Transcript of Clip 1 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102.2A | | | | Clip 2 of Recording from 12/05/11 between Sami Osmakac and the CHS |

U.S. v. SAMI OSMAKAC                                              8:12-CR-45-T-35AEP

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 102.2B | | | | Transcript of Clip 2 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102.3A | | | | Clip 3 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102.3B | | | | Transcript of Clip 3 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102.4A | | | | Clip 4 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 102.4B | | | | Transcript of Clip 4 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| | | | | |
| 103A | | | | Recording from 12/05/11 between Sami Osmakac and the CHS |
| 103B | | | | Transcript of Recording from 12/05/11 between Sami Osmakac and the CHS |
| | | | | |
| 104A | | | | Recording from 12/07/11 between Sami Osmakac and the CHS |
| 104B | | | | Transcript of Recording from 12/07/11 between Sami Osmakac and the CHS |
| 104.1A | | | | Clip 1 of Recording from 12/07/11 between Sami Osmakac and the CHS |
| 104.1B | | | | Transcript of Clip 1 of Recording from 12/07/11 between Sami Osmakac and the CHS |
| | | | | |

U.S. v. SAMI OSMAKAC                                                    8:12-CR-45-T-35AEP

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| 105A | | | | Recording from 12/18/11 between Sami Osmakac and the CHS |
| 105B | | | | Transcript of Recording from 12/18/11 between Sami Osmakac and the CHS |
| 105.1A | | | | Clip 1 of Recording from 12/18/11 between Sami Osmakac and the CHS |
| 105.1B | | | | Transcript of Clip 1 of Recording from 12/18/11 between Sami Osmakac and the CHS |
| 105.2A | | | | Clip 2 of Recording from 12/18/11 between Sami Osmakac and the CHS |
| 105.2B | | | | Transcript of Clip 2 of Recording from 12/18/11 between Sami Osmakac and the CHS |
| | | | | |
| 106A | | | | Recording from 12/19/11 between Sami Osmakac and the CHS |
| 106B | | | | Transcript of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 106.1A | | | | Clip 1 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 106.1B | | | | Transcript of Clip 1 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 106.2A | | | | Clip 2 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 106.2B | | | | Transcript of Clip 2 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 106.3A | | | | Clip 3 of Recording from 12/19/11 between Sami Osmakac and the CHS |

U.S. v. SAMI OSMAKAC                                                                          8:12-CR-45-T-35AEP

| | | | | EXHIBIT LIST |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 106.3B | | | | Transcript of Clip 3 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| | | | | |
| 107A | | | | Recording from 12/19/11 between Sami Osmakac and the CHS |
| 107B | | | | Transcript of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 107.1A | | | | Clip 1 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 107.1B | | | | Transcript of Clip 1 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| 107.2A | | | | Clip 2 of Recording from 12/05/11 between Sami Osmakac and the CHS |
| 107.2B | | | | Transcript of Clip 2 of Recording from 12/19/11 between Sami Osmakac and the CHS |
| | | | | |
| 108A | | | | Telephone call from 12/19/11 among Sami Osmakac, the CHS, and the UCE |
| 108B | | | | Transcript of Telephone call from 12/19/11 among Sami Osmakac, the CHS, and the UCE |
| | | | | |
| 109A | | | | Recording from 12/21/11 between Sami Osmakac and the UCE |
| 109B | | | | Transcript of Recording from 12/21/11 between Sami Osmakac and the UCE |
| | | | | |

U.S. v. SAMI OSMAKAC                                              8:12-CR-45-T-35AEP

| | | | | EXHIBIT LIST |
|---|---|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 110A | | | | Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110B | | | | Transcript of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.1A | | | | Clip 1 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.1B | | | | Transcript of Clip 1 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.2A | | | | Clip 2 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.2B | | | | Transcript of Clip 2 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.3A | | | | Clip 3 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.3B | | | | Transcript of Clip 3 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.4A | | | | Clip 4 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| 110.4B | | | | Transcript of Clip 4 of Recording from 12/21/11 between Sami Osmakac and the CHS |
| | | | | |
| 111A | | | | Recording from 12/23/11 between Sami Osmakac and the UCE |
| 111B | | | | Transcript of Recording from 12/21/11 between Sami Osmakac and the UCE |
| | | | | |

11

U.S. v. SAMI OSMAKAC                                                              8:12-CR-45-T-35AEP

| | | | | |
|---|---|---|---|---|
| | | **EXHIBIT LIST** | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 112.1A | | | | Clip 1 of Recording from 12/23/11 between Sami Osmakac and the CHS |
| 112.1B | | | | Transcript of Clip 1 of Recording from 12/23/11 between Sami Osmakac and the CHS |
| 112.2A | | | | Clip 2 of Recording from 12/23/11 between Sami Osmakac and the CHS |
| 112.2B | | | | Transcript of Clip 2 of Recording from 12/23/11 between Sami Osmakac and the CHS |
| 112.3A | | | | Clip 3 of Recording from 12/23/11 between Sami Osmakac and the CHS |
| 112.3B | | | | Transcript of Clip 3 of Recording from 12/23/11 between Sami Osmakac and the CHS |
| | | | | |
| 113A | | | | Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113B | | | | Transcript of Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113.1A | | | | Clip 1 of Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113.1B | | | | Transcript of Clip 1 of Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113.2A | | | | Clip 2 of Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113.2B | | | | Transcript of Clip 2 of Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113.3A | | | | Clip 3 of Recording from 12/24/11 between Sami Osmakac and the CHS |

U.S. v. SAMI OSMAKAC                                                    8:12-CR-45-T-35AEP

| | | | | EXHIBIT LIST |
|---|---|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 113.3B | | | | Transcript of Clip 3 of Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113.4A | | | | Clip 4 of Recording from 12/24/11 between Sami Osmakac and the CHS |
| 113.4B | | | | Transcript of Clip 4 of Recording from 12/24/11 between Sami Osmakac and the CHS |
| | | | | |
| 114A | | | | Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114B | | | | Transcript of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.1A | | | | Clip 1 of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.1B | | | | Transcript of Clip 1 of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.2A | | | | Clip 2 of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.2B | | | | Transcript of Clip 2 of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.3A | | | | Clip 3 of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.3B | | | | Transcript of Clip 3 of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.4A | | | | Clip 4 of Recording from 12/25/11 between Sami Osmakac and the CHS |
| 114.4B | | | | Transcript of Clip 4 of Recording from 12/25/11 between Sami Osmakac and the CHS |

U.S. v. SAMI OSMAKAC                                      8:12-CR-45-T-35AEP

| | | | | |
|---|---|---|---|---|
| | | EXHIBIT LIST | | |
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| | | | | |
| 115A | | | | Recording from 12/27/11 between Sami Osmakac and the CHS |
| 115B | | | | Transcript of Recording from 12/27/11 between Sami Osmakac and the CHS |
| 115.1A | | | | Clip 1 of Recording from 12/27/11 between Sami Osmakac and the CHS |
| 115.1B | | | | Transcript of Clip 1 of Recording from 12/27/11 between Sami Osmakac and the CHS |
| 115.2A | | | | Clip 2 of Recording from 12/27/11 between Sami Osmakac and the CHS |
| 115.2B | | | | Transcript of Clip 2 of Recording from 12/27/11 between Sami Osmakac and the CHS |
| 115.3A | | | | Clip 3 of Recording from 12/27/11 between Sami Osmakac and the CHS |
| 115.3B | | | | Transcript of Clip 3 of Recording from 12/27/11 between Sami Osmakac and the CHS |
| | | | | |
| 116A | | | | Recording from 12/29/11 between Sami Osmakac and the CHS |
| 116B | | | | Transcript of Recording from 12/29/11 between Sami Osmakac and the CHS |
| 116.1A | | | | Clip 1 of Recording from 12/29/11 between Sami Osmakac and the CHS |
| 116.1B | | | | Transcript of Clip 1 of Recording from 12/29/11 between Sami Osmakac and the CHS |

14

U.S. v. SAMI OSMAKAC                                                    8:12-CR-45-T-35AEP

| | | | | **EXHIBIT LIST** |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 116.2A | | | | Clip 2 of Recording from 12/29/11 between Sami Osmakac and the CHS |
| 116.2B | | | | Transcript of Clip 2 of Recording from 12/29/11 between Sami Osmakac and the CHS |
| | | | | |
| 117A | | | | Recording from 12/30/11 between Sami Osmakac and the CHS |
| 117B | | | | Transcript of Recording from 12/30/11 between Sami Osmakac and the CHS |
| 117.1A | | | | Clip 1 of Recording from 12/30/11 between Sami Osmakac and the CHS |
| 117.1B | | | | Transcript of Clip 1 of Recording from 12/30/11 between Sami Osmakac and the CHS |
| 117.2A | | | | Clip 2 of Recording from 12/30/11 between Sami Osmakac and the CHS |
| 117.2B | | | | Transcript of Clip 2 of Recording from 12/30/11 between Sami Osmakac and the CHS |
| | | | | |
| 118A | | | | Recording from 01/01/12 between Sami Osmakac and the UCE |
| 118B | | | | Transcript of Recording from 01/01/12 between Sami Osmakac and the UCE |
| | | | | |
| 119.1A | | | | Clip 1 of Recording from 01/04/12 between Sami Osmakac and the CHS |

U.S. v. SAMI OSMAKAC                                                                    8:12-CR-45-T-35AEP

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 119.1B | | | | Transcript of Clip 1 of Recording from 01/04/12 between Sami Osmakac and the CHS |
| 119.2A | | | | Clip 2 of Recording from 01/04/12 between Sami Osmakac and the CHS |
| 119.2B | | | | Transcript of Clip 2 of Recording from 01/04/12 between Sami Osmakac and the CHS |
| | | | | |
| 120A | | | | Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120B | | | | Transcript of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.1A | | | | Clip 1 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.1B | | | | Transcript of Clip 1 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.2A | | | | Clip 2 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.2B | | | | Transcript of Clip 2 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.3A | | | | Clip 3 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.3B | | | | Transcript of Clip 3 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.4A | | | | Clip 4 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.4B | | | | Transcript of Clip 4 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.5A | | | | Clip 5 of Recording from 01/07/12 between Sami Osmakac and the CHS |

U.S. v. SAMI OSMAKAC                                                    8:12-CR-45-T-35AEP

| | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 120.5B | | | | Transcript of Clip 5 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.6A | | | | Clip 6 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| 120.6B | | | | Transcript of Clip 6 of Recording from 01/07/12 between Sami Osmakac and the CHS |
| | | | | |
| 121.1A | | | | Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 121.1B | | | | Transcript of Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 121.2A | | | | Clip 2 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 121.2B | | | | Transcript of Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| | | | | |
| 122.1A | | | | Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 122.1B | | | | Transcript of Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| | | | | |
| 123A | | | | Recording from 01/07/12 between Sami Osmakac and the UCE |
| 123B | | | | Transcript of Recording from 01/07/12 between Sami Osmakac and the UCE |

U.S. v. SAMI OSMAKAC                                                          8:12-CR-45-T-35AEP

| | | | EXHIBIT LIST | | |
|---|---|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 123.1A | | | | Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 123.1B | | | | Transcript of Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 123.2A | | | | Clip 2 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 123.2B | | | | Transcript of Clip 2 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 123.3A | | | | Clip 3 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 123.3B | | | | Transcript of Clip 3 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| | | | | |
| 124A | | | | Recording from 01/07/12 of Sami Osmakac |
| 124B | | | | Transcript of Recording from 01/07/12 of Sami Osmakac |
| | | | | |
| 125.1A | | | | Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 125.1B | | | | Transcript of Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 125.2A | | | | Clip 2 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 125.2B | | | | Transcript of Clip 2 of Recording from 01/07/12 between Sami Osmakac and the UCE |

U.S. v. SAMI OSMAKAC                                                         8:12-CR-45-T-35AEP

| | | | EXHIBIT LIST | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 125.3A | | | | Clip 3 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 125.3B | | | | Transcript of Clip 3 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| | | | | |
| 126.1A | | | | Clip 1 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 126.2A | | | | Clip 2 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 126.3A | | | | Clip 3 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| 126.4A | | | | Clip 4 of Recording from 01/07/12 between Sami Osmakac and the UCE |
| | | | | |
| | | | | |
| | | | | |
| 160A | | | | Excerpt of Winter 2010 Issue of Inspire |
| 160B | | | | Excerpt of Fall 2010 Issue of Inspire |
| | | | | |
| 161A | | | | Telephone Call from 01/18/11 between Sami Osmakac and Russell Dennison |
| 161B | | | | Transcript of Telephone Call from 01/18/11 between Sami Osmakac and Russell Dennison |
| 161.1A | | | | Clip 1 of Telephone Call from 01/18/11 between Sami Osmakac and Russell Dennison |
| 161.1B | | | | Transcript of Clip 1 of Telephone Call from 01/18/11 between Sami Osmakac and Russell Dennison |

U.S. v. SAMI OSMAKAC                                                         8:12-CR-45-T-35AEP

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | **EXHIBIT LIST** |
| | | | | |
| 162A | | | | Telephone Call from 01/19/11 between Sami Osmakac and Russell Dennison |
| 162B | | | | Transcript of Telephone Call from 01/19/11 between Sami Osmakac and Russell Dennison |
| 162.1A | | | | Clip 1 of Telephone Call from 01/19/11 between Sami Osmakac and Russell Dennison |
| 162.1B | | | | Transcript of Clip 1 of Telephone Call from 01/19/11 between Sami Osmakac and Russell Dennison |
| | | | | |
| 163A | | | | Telephone Call from 12/15/10 between Sami Osmakac and Russell Dennison |
| 163B | | | | Transcript of Telephone Call from 12/15/10 between Sami Osmakac and Russell Dennison |
| 163.1A | | | | Clip 1 of Telephone Call from 12/15/10 between Sami Osmakac and Russell Dennison |
| 163.1B | | | | Transcript of Clip 1 of Telephone Call from 12/15/10 between Sami Osmakac and Russell Dennison |
| | | | | |
| | | | | |
| 200 | | | | Portion of world map |