UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:12-CR-45-T-35AEP

SAMI OSMAKAC

### UNITED STATES' TRIAL BRIEF REGARDING IMPEACHMENT OF NON-HEARSAY DECLARANTS

The United States of America, by A. Lee Bentley, III, United States

Attorney, through its undersigned attorney, hereby respectfully files this trial brief

regarding impeachment of non-hearsay declarants.  At issue is whether

Government's Exhibits 102.1 A and B (recording and transcript)[1] should be

admitted on the defendant's motion.  The defendant seeks to introduce the

exhibit for the statements of the confidential human source (CHS) in this case.

The statements of the CHS that the defendant seeks to introduce are hearsay,

that is, they are out-of-court statements offered for the truth of the matter, and

that the statement is in any event irrelevant.

To respond to the government's objection, the defendant cited Fed. R.

Evid. 806, which allows for attacking the credibility of a hearsay declarant in

certain situations.  The rule reads in part, "When a hearsay statement – or a

statement described in Rule 801(d)(2)(C), (D), or (E) – has been admitted into

evidence, the declarant's credibility may be attacked, and then supported, by any

---

[1]   The government has assisted the defendant in marking the "clips" he requested from various recordings.  Although this is a government exhibit, it is actually proffered by the defendant in this case.

evidence that would have been admissible for those purposes if the declarant had testified as a witness."

The CHS's statements on the recordings in this case do not qualify under this rule.  Pursuant to Fed. R. Evid. 801(c), hearsay is a statement a party offers in evidence to prove the truth of the matter asserted in the statement.  Here, the CHS's statements are not offered to prove the truth of what the CHS asserts.  Rather, they are offered solely to give meaning and context to the defendant's statements, making the CHS's statements not hearsay.  United States v. Price, 792 F.2d 994, 996 (11th Cir. 1986) (statements made by a third party during a telephone conversation with the defendant were admissible to help the jury understand the statements made by Price himself and "are therefore not hearsay.").

Because the CHS's statements are not hearsay, the CHS is not subject to impeachment for credibility.  Price, 792 F.2d at 996-997 ("Because Carbone's statements were not hearsay, but rather were offered to put into context those statements of Price, Carbone is not subject to impeachment under the first part of [Rule 806].  Nor were Carbone's statements admitted against Mr. Price and were not statements by an agent, a person authorized, or a co-conspirator under FRE 801(d)(2)(C), (D), or (E)."); see also United States v. McClain, 934 F.2d 822, 833 (7th Cir. 1991) (same; also holding that Rule 806 does not allow for impeachment of a witness based on the defendant's adoptive admission of those statements under FRE 801(d)(2)(B)).

Even if the CHS were somehow subject to attack based on his credibility, the statement proffered by the defendant has no bearing on the CHS's credibility, as his statements on the recordings are not contrary to the statement proffered by the defendant.

For the above reasons, the government requests that the exhibit be excluded.

Respectfully submitted,

A.  LEE BENTLEY, III
United States Attorney

By:    *s/Sara C. Sweeney*
       SARA C. SWEENEY
       Assistant United States Attorney
       United States Attorney No. 0000119
       400 North Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone:  (813) 274-6000
       Facsimile:  (813) 274-6178
       E-mail:  sara.sweeney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that June 3, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

George E. Tragos, Esq.

By:   */s/ Sara C. Sweeney*
      SARA C. SWEENEY
      Assistant United States Attorney
      USA No. 119
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      Telephone:   (813) 274-6000
      Facsimile:    (813) 274-6178
      E-Mail: sara.sweeney@usdoj.gov